NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ETHICON LLC,**
*Appellant*

**v.**

**INTUITIVE SURGICAL, INC.,**
*Appellee*

---

2020-1453

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00935.

---

**JUDGMENT**

---

ANISH R. DESAI, Weil, Gotshal & Manges LLP, New York, NY, for appellant. Also represented by ELIZABETH WEISWASSER; BRIAN E. FERGUSON, CHRISTOPHER MARANDO, PRIYATA PATEL, CHRISTOPHER PEPE, Washington, DC.

STEVEN KATZ, Fish & Richardson P.C., Boston, MA, for appellee. Also represented by JOHN C. PHILLIPS, San Diego, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, CLEVENGER, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>March 5, 2021</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |